JACOB WARHAFTIG v. A. S. ELLIOTT & COMPANY, INC.— Motion to dismiss

appeal granted, with ten dollars costs. Present — Clarke, P. J., Smith, Merrell, McAvoy and Martin, JJ.